**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kelly D. Reinke,

Plaintiff,

v.

Credit Collections Services, Inc.,

Defendant

Civil File No. 01-CV-610 DWF/AJB

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** and ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, that the deadline for answering or otherwise responding to Plaintiff's Complaint in the above matter shall be extended to May 14, 2001.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 5-1-01

By ______________________
Michael A. Klutho (License #186302)
Christopher R. Morris (License #230613)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000
*ATTORNEYS FOR DEFENDANT*

**THE BARRY LAW OFFICE, LTD.**

Dated: 5/2/2001

By ______________________
Peter F. Barry (License #0266577)
342 East County Road D
Little Canada, MN 55117
(651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (License #249646)
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
*ATTORNEYS FOR PLAINTIFF*

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ____________
DEPUTY CLERK ____________

**ORDER**

**IT IS HEREBY ORDERED** that the deadline to Answer or otherwise respond to Plaintiff's Complaint in the above matter is extended until May 14, 2001.

Dated: 5/8/01

**BY THE COURT:**

Arthur J. Boylan
United States Magistrate Judge