UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kelly D. Reinke,

Plaintiff,

v.

Credit Collections Services, Inc.,

Defendant

**Civil File No. 01-CV-610 DWF/AJB**

**STIPULATION OF DISMISSAL AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 6/5/2001

**THE BARRY LAW OFFICE, LTD.**

By ______________________

Peter F. Barry (#0266577)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-714-8800

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 08 2001
DEPUTY CLERK

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 5/18/01

By

Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: June 8, 2001

Judge of United States District Court